DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

COTY RANDOLPH PAULK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3682

_____

November 22, 2023

Appeal from the Circuit Court for Manatee County; Lon Arend, Judge.

Howard L. Dimmig, II, Public Defender, and Maura J. Kiefer, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

　　Affirmed.

NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.